Nellie I. Fender and Francis R. Fender, appellants, v. Ira N. Fender et al., appellees. Gen. No. 38,735.

Opinion filed January 27, 1937.

Brown, Brown & Winkler, for appellants. Wm. Annan Taylor and Henry J. Scarry, for appellees.

Mr. Justice Hebel delivered the opinion of the court.

Florence E. Hirt, appellant, v. A. J. Schanfarber, appellee. Gen. No. 38,784.

Opinion filed January 27, 1937.

Teller, Levit, Silvertrust & Levi, for appellant. Sidney J. Wolf and J. Robert Cohler, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Bernard M. Stone, plaintiff in error. Gen. No. 39,024.

Opinion filed January 27, 1937.

Cohen, Tomas & Cohen, for plaintiff in error; George B. Cohen, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Richard H. Devine and Melvin S. Rembe, Assistant State's Attorneys, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

George Mallek, a minor, by Antoinette Sherman, his next friend and mother, appellee, v. Albert J. Stults, appellant. Gen. No. 39,010.

Opinion filed February 1, 1937. Rehearing denied February 15, 1937.

George C. Bliss, for appellant. Luster & Luster, for appellee; Max Luster, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.